IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORI S. MOTT, et al., | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | No. 12-5244 |
| v. | : | |
| | : | |
| DRIVELINE RETAIL MERCHANDISING, INC., | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 21st day of May, 2014, it is **ORDERED** that Plaintiffs' Motion for Conditional Class Certification [ECF No. 38] is **GRANTED**. It is further **ORDERED** as follows:

1. The conditional class consists of all former and current employees of Defendant Driveline Retail Merchandising, Inc. ("Driveline") who were classified or referred to by Driveline as Merchandiser, Master Merchandiser, or Master Merchandiser/Area Coordinator at any time within three years prior to September 2, 2012; and

2. On or before **June 2, 2014**, Defendant Driveline must deliver to Plaintiffs' counsel an electronic listing in Excel spreadsheet format, with each item listed as a separate column, which sets forth the full name, mailing address, city, state, zip code, email address, job title, pay rate, hire date, and termination date (if applicable) for each member of the conditional class; and

3. On or before **July 2, 2014**, Plaintiffs must send to each member of the conditional class by regular mail and email the Notice and Consent to Join forms attached to this Order as Exhibit A; and

4. Plaintiffs must establish a website that contains the approved Notice and Consent to join forms; establish a toll free number that members of the conditional class can call to have basic questions about the lawsuit answered from a script approved by the parties; and receive executed Consent to Join forms from members of the conditional class for forwarding to the Court.

5. To be considered timely filed, executed Consent to Join forms from members of the conditional class must be postmarked or successfully sent by facsimile to Plaintiffs' counsel on or before **October 30, 2014**.

        s/Anita B. Brody

        _____
        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: