IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI S. MOTT, CYNTHIA COTTEN, SUSAN GIBBS, SUSAN MOORE, and JUDY RATLIFF, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DRIVELINE RETAIL MERCHANDISING INC.,<br><br>　　　　Defendant. | Civil Action No. 12-5244 |

## ORDER

Now on this 11th day of September, 2017, it is ORDERED that Defendant's Motion for Partial Summary Judgment [ECF No. 135] regarding Plaintiffs' home-to-work and work-to-home commute times is GRANTED.[1]

　　　　　　　　　　　　　　　　s/Anita B. Brody

　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　ANITA B. BRODY, J

Copies **VIA ECF** on _____ to:

---

[1] In Plaintiffs' Brief in Opposition to Defendant's Motion to Decertify the Conditionally Certified Class Under the Collective Provisions of the Fair Labor Standards Act, 29 U.S.C. § 216(b) [ECF No. 136], Plaintiffs state that "[i]n their complaint, Plaintiffs sought damages for home to work travel time and for work to home travel time. Plaintiffs have abandoned these claims" and "Driveline has filed a motion for partial summary judgment to dismiss Plaintiffs' home to work and work to home travel-time claims and Plaintiffs do not oppose the entry of an order granting relief." *See* Pl.'s Br., at 1 n.1.