# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI S. MOTT, VICTORIA BATES, CYNTHIA COTTEN, SUSAN GIBBS, SUSAN MOORE, and JUDY RATLIFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DRIVELINE RETAIL MERCHANDISING INC., a Corporation,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:12-CV-05244 AB |

## STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT
## AND MOTION FOR ATTORNEY FEES AND COSTS

AND NOW, this 27th day of July, 2020, Plaintiff's counsel and Defense counsel have stipulated that with Court approval, the deadline for Plaintiffs to file the Motion for Final Settlement Approval and Motion for Attorney Fees and Costs is extended from Wednesday, July 29, 2020 until Monday, August 10, 2020.

SO STIPULATED:

For Plaintiffs:                                For Defendant:

/s/ Richard P. Myers                    /s/ Catherine L. Campbell

SO ORDERED:

BY THE COURT:

/s/ Strawbridge, M.J.
David R. Strawbridge
Magistrate Judge

Dated: July 27, 2020